UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT LINDSAY CHENEY, JR., | No. 2:16-cv-1003 JAM AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Defendant. | |

Plaintiff, proceeding pro se, has filed a notice of removal of a state criminal prosecution from Butte County Superior Court. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 21, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 8. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 21, 2018 (ECF No. 8), are adopted in full; and

2. This case is remanded to the Butte County Superior Court.

DATED: August 15, 2018

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE

1